No. 5068.—Santini Fertilizer Co., aplte., *v.* Vidal, et. al., apldos.—C. D. Guayama. ▆▆▆▆▆▆▆▆▆ Mayo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Desestimada por falta de diligencia en la prosecución del recurso, toda vez que ha transcurrido un año siete meses sin radicarse alegato, sin que sea obstáculo a la desestimación el hecho de que el apelante haya estado obteniendo prórrogas para presentarlo, la última de las cuales le ha sido denegada.

No. 5776.—Sucesores de José Fernández, S. en C., aplda., *v.* Zalduondo, aplte.—C. D. Humacao. ▆▆▆▆▆▆ ▆▆▆▆ Julio 21, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada solicitó la desestimación del recurso interpuesto en este caso por haber transcurrido más de noventa días desde que se estableció sin que se haya radicado la transcripción, y por ser frívolo; y

Por cuanto, en el acto de la vista de la moción la parte apelante presentó una certificación de la que consta que se estaba tramitando legalmente una exposición del caso y excepciones a los efectos de perfeccionar la apelación, que fué aprobada el 20 de julio por el juez sentenciador; y

Por cuanto, en lo que se refiere a la frivolidad la parte apelada se limita a una mera afirmación;

Por tanto, no ha lugar a la desestimación solicitada.